# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Porter,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | NO. CV-22-00201-TUC-LAB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 1, 2022, this case is remanded to the Social Security Administration for further proceedings consistent with the terms of the Stipulation.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 1, 2022

　　　　　　　　　　　　　　　　　　s/ A. Calderón
　　　　　　　　　　　　　　By　　Deputy Clerk